**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS—EASTERN DIVISION**

| | |
|---|---|
| BAZIUK HOLDINGS, LTD., | |
| Plaintiff, | |
| v. | No. 23-cv-2583 |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A", | Judge Thomas M. Durkin<br>Magistrate Judge Maria Valdez |
| Defendants. | |

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff Baziuk Holdings, Ltd. ("Plaintiff") against the defendants identified on Schedule A, and using the Defendant Domain Names and Online Marketplace Accounts identified on Schedule A (collectively, the "Defendant Internet Stores"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction, Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, the notice being reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections;

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering has expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted; and

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of Plaintiff's federally registered trademark, copyrights, and design patent ("Plaintiff's Intellectual Property")to residents of Illinois. In this case, Plaintiff has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of Plaintiff's Intellectual Property. *See* Docket No. [6], which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing, and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of Plaintiff's Intellectual Property.

Plaintiff's Intellectual Property is set forth below.

| REGISTRATION NUMBER | DESCRIPTION | INTELLECTUAL PROPERTY TYPE |
|---|---|---|
| 6,974,530 | WATER ROCKET **IC 021.** Hose nozzles | Trademark |
| US D729,901 S | The ornamental design for a nozzle for a gardening hose, as shown and described. | Design Patent |
| VA 2-324-600 | Registration for a group of published photographs. | Copyright |
| Pau 4-146-193 | Registration for a published video. | Copyright |
| Pau 4-146-194 | Registration for a published video. | Copyright |

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510 *et seq.*), design patent infringement (35 U.S.C. §271), copyright infringement (17 U.S.C. § 501(a)), and civil conspiracy.

Accordingly, this Court orders that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the Plaintiff's Intellectual Property or any reproductions, infringing copies, or colorable imitations in any manner in connection with the manufacturing, distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Plaintiff product or not authorized by Plaintiff to be sold in connection with the Plaintiff's Intellectual Property;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Plaintiff product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the Plaintiff's Intellectual Property;

    c.  committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

    d.  manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and/or which may bear any of Plaintiff's trademarks or any reproductions, counterfeit copies or colorable imitations thereof.

2. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, and the domain name registrars, including, but not limited to, GoDaddy Operating Company LLC, Name.com, PDR LTD. d/b/a/ PublicDomainRegistry.com, and Namecheap Inc., within seven (7) calendar days of receipt of this Order, shall, at Plaintiff's choosing:

    a.  transfer the Defendant Domain Names to Plaintiff's control, including unlocking and changing the registrar of record for the Defendant Domain Names to a registrar of Plaintiff's selection, and the domain name registrars shall take any steps necessary to transfer the Defendant Domain Names to a registrar of Plaintiff's selection; or

    b.  disable the Defendant Domain Names and make them inactive and untransferable.

3. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as AliExpress, Alibaba, Inc., Ant Financial Services Group ("Ant Financial"), and Alibaba Group Holding Ltd. (collectively "AliExpress"), Amazon.com, Inc. ("Amazon"), DHgate.com ("DHgate"), eBay, Inc. ("eBay"), Joom, Shopify, Inc. ("Shopify"), Walmart.com USA, LLC ("Walmart"), ContextLogic Inc. d/b/a Wish.com (Wish), Joybuy, Joybuy Express, Joybuy Fashion, and Temu, LLC ("Temu", (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

   a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell counterfeit and infringing goods using the Plaintiff's Intellectual Property; and

   b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Plaintiff's Intellectual Property, or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine Plaintiff product or not authorized by Plaintiff to be sold in connection with the Plaintiff's Intellectual Property.

4. Upon Plaintiff's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 3 shall within seven (7) calendar days after receipt of

such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using Plaintiff's Intellectual Property.

5.      Pursuant to 15 U.S.C. § 1117(c)(2) and 17 U.S.C. § 504(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of $100,000.00 for willful use of counterfeit Plaintiff's Trademark and Copyrights on products sold through at least the Defendant Internet Stores. The statutory damages do not apply to the design patent claim. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

6.      Any Third Party Providers holding funds for Defaulting Defendants, as defined in Paragraph 4, as well as payment processors including Stripe, Inc., Payoneer Global Inc. and PayPal, Inc., Alipay, Alibaba, Wish.com, Ant Financial Services Group ("Ant Financial"), and Amazon Pay (collectively, "Payment Processors"), shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 5 above) or other of Defaulting Defendants' assets.

7.      All monies (up to the amount of the statutory damages awarded in Paragraph 5 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers and Payment Processors as defined in Paragraph 3 and 4, are hereby released to Plaintiff as partial payment of the above-identified damages,

and Third Party Providers and Payment Processors are ordered to release to Plaintiff the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

8.    Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

9.    In the event that Plaintiff identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses provided for Defaulting Defendants by third parties.

10.    To obtain release of the bond previously posted in this action, Plaintiff's counsel must file a motion for the return of the bond once the preliminary injunction no longer applies to any Defendant.

Dated: August 4, 2023

Thomas M. Durkin
United States District Judge

7

## SCHEDULE A
## To Default Judgment Order

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 1 | Taizhou Kobold Sprayer Co., Ltd. | agrico | https://agrico.en.alibaba.com |
| 2 | Jilin Baiying Trade Co., Ltd. | baiyingtrade | https://baiyingtrade.en.alibaba.com |
| 4 | Ningbo Ozone Plastic Co., Ltd. | cnozone | https://cnozone.en.alibaba.com |
| 5 | Dongguan Dekai Trading Co., Ltd | dekair | https://dekair.en.alibaba.com |
| 6 | Ningbo Garden Lifestyle Trading Co., Ltd. | gardenlifestyle | https://gardenlifestyle.en.alibaba.com |
| 7 | Yiwu Hengli Network Technology Co., Ltd. | hengli2022 | https://hengli2022.en.alibaba.com |
| 8 | Yiwu Mengqiu E-Commerce Firm | qiumeng0922 | https://qiumeng0922.en.alibaba.com |
| 9 | Ningbo Style Plastic Factory | stylegarden | https://stylegarden.en.alibaba.com |
| 10 | Big Sale | 1101100800 | https://www.aliexpress.com/store/1101100800 |
| 11 | A2021827 Store | 1101160964 | https://www.aliexpress.com/store/1101160964 |
| 12 | Dream world | 1101211360 | https://www.aliexpress.com/store/1101211360 |
| 13 | HomeImprovement Store | 1101212227 | https://www.aliexpress.com/store/1101212227 |
| 14 | Make you surprise Store | 1101270243 | https://www.aliexpress.com/store/1101270243 |
| 15 | Ali-house Improving Store | 1101285647 | https://www.aliexpress.com/store/1101285647 |
| 16 | Shop4293023 Store | 1101293281 | https://www.aliexpress.com/store/1101293281 |
| 17 | wallpaper-improvement Store | 1101294211 | https://www.aliexpress.com/store/1101294211 |
| 18 | homesmart buyer Store | 1101330218 | https://www.aliexpress.com/store/1101330218 |
| 19 | Le Tai Store | 1101340684 | https://www.aliexpress.com/store/1101340684 |
| 20 | FLYSTONE Store | 1101349020 | https://www.aliexpress.com/store/1101349020 |
| 21 | Colorful Decoration Store | 1101353594 | https://www.aliexpress.com/store/1101353594 |
| 23 | Life Manual Store | 1101366678 | https://www.aliexpress.com/store/1101366678 |
| 24 | Shop5717114 Store | 1101379795 | https://www.aliexpress.com/store/1101379795 |
| 25 | BRIDAY Store | 1101413814 | https://www.aliexpress.com/store/1101413814 |
| 26 | Karrie Store | 1101446011 | https://www.aliexpress.com/store/1101446011 |
| 27 | Good Luck To Us Store | 1101448155 | https://www.aliexpress.com/store/1101448155 |
| 28 | Glory Days Store | 1101566137 | https://www.aliexpress.com/store/1101566137 |
| 30 | OLOEY POP Store | 1101731465 | https://www.aliexpress.com/store/1101731465 |
| 32 | Hi fastSend OK Store | 1101777500 | https://www.aliexpress.com/store/1101777500 |
| 33 | LILI TOOL 01 Store | 1101781361 | https://www.aliexpress.com/store/1101781361 |
| 34 | JCHome Store | 1101795289 | https://www.aliexpress.com/store/1101795289 |
| 35 | McPhee Store | 1101828762 | https://www.aliexpress.com/store/1101828762 |
| 36 | kidsandtoys Store | 1101890651 | https://www.aliexpress.com/store/1101890651 |
| 37 | numerous Toolbox Store | 1101897579 | https://www.aliexpress.com/store/1101897579 |
| 38 | tjbdh Store | 1101936989 | https://www.aliexpress.com/store/1101936989 |
| 39 | Shop1100042142 Store | 1101982322 | https://www.aliexpress.com/store/1101982322 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 40 | Hi-life Home Store | 1102011237 | https://www.aliexpress.com/store/3256803828595920 |
| 41 | Shop1102094413 Store | 1102092467 | https://www.aliexpress.com/store/1102092467 |
| 43 | Shop1102155288 Store | 1102162309 | https://www.aliexpress.com/store/1102162309 |
| 44 | YIYUAN HOME SHOP Store | 1102346517 | https://www.aliexpress.com/store/1102346517 |
| 45 | Shop1102421973 Store | 1102420953 | https://www.aliexpress.com/store/1102420953 |
| 46 | Shop1100391874 Store | 1100391875 | https://www.aliexpress.com/store/1100391875 |
| 47 | Shop403476 Store | 1100423634 | https://www.aliexpress.com/store/1100423634 |
| 48 | LUOSB Store | 1100992026 | https://www.aliexpress.com/store/1100992026 |
| 50 | FANHHUI Lighting Factory Store | 1101195257 | https://www.aliexpress.com/store/1101195257 |
| 51 | LongPin-Tools Store | 1101210293 | https://www.aliexpress.com/store/1101210293 |
| 53 | Good & Improvement Tools Store | 1101245294 | https://www.aliexpress.com/store/1101245294 |
| 54 | BestMusic Department Store | 1101258536 | https://www.aliexpress.com/store/1101258536 |
| 55 | Professional Tool Center Store | 1101261929 | https://www.aliexpress.com/store/1101261929 |
| 56 | Kitchenware Store | 1101267718 | https://www.aliexpress.com/store/1101267718 |
| 59 | PW Tools Specialty Store | 1101280504 | https://www.aliexpress.com/store/1101280504 |
| 60 | Uhome Store | 1101282606 | https://www.aliexpress.com/store/1101282606 |
| 61 | Ai-CinBel Store | 1101282707 | https://www.aliexpress.com/store/1101282707 |
| 63 | LBFamily Store | 1101296483 | https://www.aliexpress.com/store/1101296483 |
| 64 | Berylone Store | 1101297366 | https://www.aliexpress.com/store/1101297366 |
| 65 | Justbuy Hair Accessories Store | 1101306022 | https://www.aliexpress.com/store/1101306022 |
| 66 | Lisa's Departmen Sto | 1101312946 | https://www.aliexpress.com/store/1101312946 |
| 69 | Small fortunate Store | 1101325784 | https://www.aliexpress.com/store/1101325784 |
| 70 | DropShipping To Whole World Store | 1101329600 | https://www.aliexpress.com/store/1101329600 |
| 71 | Alena Store Store | 1101332712 | https://www.aliexpress.com/store/1101332712 |
| 72 | Daily Necessities and Tools Store | 1101333643 | https://www.aliexpress.com/store/1101333643 |
| 73 | XLXSMT Store | 1101333928 | https://www.aliexpress.com/store/1101333928 |
| 77 | NEWCHANCE Store | 1101341068 | https://www.aliexpress.com/store/1101341068 |
| 82 | New life 88 Store | 1101359622 | https://www.aliexpress.com/store/1101359622 |
| 84 | IL-Fashion Store | 1101361107 | https://www.aliexpress.com/store/1101361107 |
| 85 | Shop5440035 Store | 1101361721 | https://www.aliexpress.com/store/1101361721 |
| 86 | EverChic free- Store | 1101362053 | https://www.aliexpress.com/store/1101362053 |
| 88 | MHORLX Store | 1101365369 | https://www.aliexpress.com/store/1101365369 |
| 89 | Youbei shop Store | 1101365754 | https://www.aliexpress.com/store/1101365754 |
| 94 | MHORLX Legendary Store | 1101373257 | https://www.aliexpress.com/store/1101373257 |
| 95 | Shop5669009 Store | 1101378612 | https://www.aliexpress.com/store/1101378612 |
| 96 | Ana's Home-Garden Store | 1101380623 | https://www.aliexpress.com/store/1101380623 |
| 97 | Stylish life house Store | 1101381841 | https://www.aliexpress.com/store/1101381841 |
| 98 | WONDERFULYOU LIFE Store | 1101382727 | https://www.aliexpress.com/store/1101382727 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 99 | Daily Life Tools Store | 1101383450 | https://www.aliexpress.com/store/1101383450 |
| 100 | Brandon beetle Store | 1101384045 | https://www.aliexpress.com/store/1101384045 |
| 101 | Deux House Store | 1101388283 | https://www.aliexpress.com/store/1101388283 |
| 102 | Hi!My New Life Store | 1101388352 | https://www.aliexpress.com/store/1101388352 |
| 103 | House Supplies Store | 1101390067 | https://www.aliexpress.com/store/1101390067 |
| 104 | AA Minimalist Life Store | 1101392228 | https://www.aliexpress.com/store/1101392228 |
| 105 | Your-Dropshipping Store | 1101392874 | https://www.aliexpress.com/store/1101392874 |
| 106 | MENT Slimming Shapewear Store | 1101393711 | https://www.aliexpress.com/store/1101393711 |
| 107 | For You Tool Shop St | 1101394997 | https://www.aliexpress.com/store/1101394997 |
| 108 | ZootopiaHOuse Store | 1101395138 | https://www.aliexpress.com/store/1101395138 |
| 109 | Hexi Life Tool Store | 1101395806 | https://www.aliexpress.com/store/1101395806 |
| 110 | HX House Store | 1101396236 | https://www.aliexpress.com/store/1101396236 |
| 111 | Haoze Supermarket Store | 1101398250 | https://www.aliexpress.com/store/1101398250 |
| 112 | Yaju Life Store | 1101398856 | https://www.aliexpress.com/store/1101398856 |
| 113 | Tools factory outlet shop Store | 1101399919 | https://www.aliexpress.com/store/1101399919 |
| 114 | Little Zou Grocery Store | 1101400239 | https://www.aliexpress.com/store/1101400239 |
| 117 | Youool Magical House Store | 1101429178 | https://www.aliexpress.com/store/1101429178 |
| 118 | Pak Sweetmood Sto | 1101444095 | https://www.aliexpress.com/store/1101444095 |
| 120 | Shop900236443 Store | 1101495818 | https://www.aliexpress.com/store/1101495818 |
| 122 | zhanruimin Store | 1101508498 | https://www.aliexpress.com/store/1101508498 |
| 123 | Ali-bestmatch Store | 1101535643 | https://www.aliexpress.com/store/1101535643 |
| 126 | Ali-Dropshipping Store | 1101559460 | https://www.aliexpress.com/store/1101559460 |
| 127 | Shop911051183 Store | 1101567474 | https://www.aliexpress.com/store/1101567474 |
| 130 | Fantasy Dropshipping Store | 1101574567 | https://www.aliexpress.com/store/1101574567 |
| 131 | Warm Homes Store | 1101576835 | https://www.aliexpress.com/store/1101576835 |
| 132 | Shop911136078 Store | 1101580740 | https://www.aliexpress.com/store/1101580740 |
| 133 | Porschen Store | 1101580909 | https://www.aliexpress.com/store/1101580909 |
| 134 | Isfriday Officially Store | 1101582541 | https://www.aliexpress.com/store/1101582541 |
| 135 | Shop911198212 Store | 1101584053 | https://www.aliexpress.com/store/1101584053 |
| 136 | Marshalls Store | 1101611981 | https://www.aliexpress.com/store/1101611981 |
| 137 | Comfort Homeware Store | 1101613702 | https://www.aliexpress.com/store/1101613702 |
| 138 | Beautiful life BK17 Store | 1101615833 | https://www.aliexpress.com/store/1101615833 |
| 139 | Arielle Store | 1101617576 | https://www.aliexpress.com/store/1101617576 |
| 140 | Adolph Store | 1101622594 | https://www.aliexpress.com/store/1101622594 |
| 144 | Real Fun Crafts Store | 1101685896 | https://www.aliexpress.com/store/1101685896 |
| 145 | KITPIPI Official Store | 1101690924 | https://www.aliexpress.com/store/1101690924 |
| 146 | Empty Shopping Cart Store | 1101726321 | https://www.aliexpress.com/store/1101726321 |
| 147 | Is Sunflowers Store | 1101732713 | https://www.aliexpress.com/store/1101732713 |
| 148 | Easy-Life Dropshipping Store | 1101732714 | https://www.aliexpress.com/store/1101732714 |
| 149 | decor shop Store | 1101735929 | https://www.aliexpress.com/store/1101735929 |
| 150 | DAY House Dropshipping Store | 1101737922 | https://www.aliexpress.com/store/1101737922 |
| 152 | Friendship housewell Store | 1101754560 | https://www.aliexpress.com/store/1101754560 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 154 | Comfort Cats Store Store | 1101755460 | https://www.aliexpress.com/store/1101755460 |
| 155 | Kelans Store | 1101756990 | https://www.aliexpress.com/store/1101756990 |
| 157 | Warm-Family tool Store | 1101758439 | https://www.aliexpress.com/store/1101758439 |
| 158 | Ninestar Store | 1101760133 | https://www.aliexpress.com/store/1101760133 |
| 159 | Shop 4980401232 Store | 1101761165 | https://www.aliexpress.com/store/1101761165 |
| 160 | BD Factory Store | 1101762238 | https://www.aliexpress.com/store/1101762238 |
| 161 | JX House Grocery Store | 1101763318 | https://www.aliexpress.com/store/1101763318 |
| 162 | Gefan Store | 1101766084 | https://www.aliexpress.com/store/1101766084 |
| 163 | Funny Planet Store | 1101773159 | https://www.aliexpress.com/store/1101773159 |
| 164 | Life Niches Factory Store | 1101773757 | https://www.aliexpress.com/store/1101773757 |
| 167 | Ourdream Houselife Store | 1101778070 | https://www.aliexpress.com/store/1101778070 |
| 169 | Isfriday Store | 1101780574 | https://www.aliexpress.com/store/1101780574 |
| 170 | World Dropshipping/Retail Store | 1101783344 | https://www.aliexpress.com/store/1101783344 |
| 173 | DASHU Store | 1101784264 | https://www.aliexpress.com/store/1101784264 |
| 176 | BST Dropshipping Store | 1101795134 | https://www.aliexpress.com/store/1101795134 |
| 177 | WM CABIN Store | 1101796942 | https://www.aliexpress.com/store/1101796942 |
| 178 | Happy-Life Universal Tool Store | 1101800714 | https://www.aliexpress.com/store/1101800714 |
| 180 | Dropshipping Young Store | 1101803838 | https://www.aliexpress.com/store/1101803838 |
| 181 | SONYISHU Store | 1101804071 | https://www.aliexpress.com/store/1101804071 |
| 182 | DASSHU2 Store | 1101818553 | https://www.aliexpress.com/store/1101818553 |
| 183 | SHOPIFY Dropship Pro Store | 1101818892 | https://www.aliexpress.com/store/1101818892 |
| 184 | Mintiml Dropshipping Store | 1101820560 | https://www.aliexpress.com/store/1101820560 |
| 186 | LIGHTUP CABIN Store | 1101823791 | https://www.aliexpress.com/store/1101823791 |
| 187 | WorldWide Dropshiping Store | 1101830728 | https://www.aliexpress.com/store/1101830728 |
| 188 | Daily cosy Store | 1101835187 | https://www.aliexpress.com/store/1101835187 |
| 189 | Ninety-nine Discount Store | 1101835847 | https://www.aliexpress.com/store/1101835847 |
| 190 | 2025 Life House Store | 1101838506 | https://www.aliexpress.com/store/1101838506 |
| 191 | Breeze serein Store | 1101855985 | https://www.aliexpress.com/store/1101855985 |
| 192 | Zezzo LY Store | 1101864827 | https://www.aliexpress.com/store/1101864827 |
| 193 | A Wonderfully Store | 1101867222 | https://www.aliexpress.com/store/1101867222 |
| 194 | ZEZZO Officially Store | 1101868729 | https://www.aliexpress.com/store/1101868729 |
| 195 | Zezzo tools droppshin | 1101869102 | https://www.aliexpress.com/store/1101869102 |
| 198 | Chinn Dropshipping Store Store | 1101886734 | https://www.aliexpress.com/store/1101886734 |
| 199 | Hm's house products Store | 1101892547 | https://www.aliexpress.com/store/1101892547 |
| 200 | Stars shine 88 Store | 1101896189 | https://www.aliexpress.com/store/1101896189 |
| 201 | Prefer high-quality goods Store | 1101897031 | https://www.aliexpress.com/store/1101897031 |
| 202 | Zezzo official-dropshipping Store | 1101899677 | https://www.aliexpress.com/store/1101899677 |
| 203 | JMshop Store | 1101901896 | https://www.aliexpress.com/store/1101901896 |
| 204 | Wilk 4353 Store | 1101902277 | https://www.aliexpress.com/store/1101902277 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 206 | TT Creativity Grocery Store | 1101909085 | https://www.aliexpress.com/store/1101909085 |
| 207 | Zezzo Gadgets Store | 1101909467 | https://www.aliexpress.com/store/1101909467 |
| 208 | Lay Department Store | 1101910061 | https://www.aliexpress.com/store/1101910061 |
| 209 | Life Convenient Store | 1101914917 | https://www.aliexpress.com/store/1101914917 |
| 210 | Friendly & Healthy Life Store | 1101922311 | https://www.aliexpress.com/store/1101922311 |
| 211 | Heart-warming Store | 1101928231 | https://www.aliexpress.com/store/1101928231 |
| 212 | Isfriday Daily Tools Store | 1101930026 | https://www.aliexpress.com/store/1101930026 |
| 214 | CubicSeven Store | 1101950195 | https://www.aliexpress.com/store/1101950195 |
| 216 | SH-Home Store | 1101953012 | https://www.aliexpress.com/store/1101953012 |
| 217 | Zezzo houseware and tool official store | 1101957560 | https://www.aliexpress.com/store/1101957560 |
| 218 | Good GO Store | 1101958811 | https://www.aliexpress.com/store/1101958811 |
| 219 | CFJJ Store | 1101959342 | https://www.aliexpress.com/store/1101959342 |
| 220 | Loving Buying Store | 1101962222 | https://www.aliexpress.com/store/1101962222 |
| 221 | SHKANA Store | 1101962755 | https://www.aliexpress.com/store/1101962755 |
| 222 | KREE Store | 1101964895 | https://www.aliexpress.com/store/1101964895 |
| 223 | QAHHK Store | 1101965610 | https://www.aliexpress.com/store/1101965610 |
| 226 | Isfriday Dropshopping Store | 1101976353 | https://www.aliexpress.com/store/1101976353 |
| 227 | Shop1100035140 Store | 1101979499 | https://www.aliexpress.com/store/1101979499 |
| 228 | Shop1100031129 Store | 1101979813 | https://www.aliexpress.com/store/1101979813 |
| 229 | XiaoSHU3 Store | 1101983889 | https://www.aliexpress.com/store/1101983889 |
| 230 | Your life helper Store | 1102002323 | https://www.aliexpress.com/store/1102002323 |
| 231 | Shop1100222143 Store | 1102013443 | https://www.aliexpress.com/store/1102013443 |
| 232 | TAOZI Dropshipping Service Store | 1102015661 | https://www.aliexpress.com/store/1102015661 |
| 233 | Shop1100255019 Store | 1102026233 | https://www.aliexpress.com/store/1102026233 |
| 234 | HQALP LUCK LIFE Store | 1102027741 | https://www.aliexpress.com/store/1102027741 |
| 237 | KATA Store | 1102043833 | https://www.aliexpress.com/store/1102043833 |
| 238 | Emmy Home Store | 1102050877 | https://www.aliexpress.com/store/1102050877 |
| 239 | XiaoYiXuanBaiHuoShang Hang | A1059FFSUAAVBG | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1059FFSUAAVBG |
| 240 | A-hermei | A10DXE275EFK4H | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A10DXE275EFK4H |
| 241 | jianmingguanwu | A119D3146VWS9R | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A119D3146VWS9R |
| 244 | weifangyiyishangmaoyouxiangongsi | A12BHNW2K39JWG | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A12BHNW2K39JWG |
| 246 | aomaidianzi | A17S25SKKZ3M6E | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A17S25SKKZ3M6E |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 247 | Qheng | A17URYM6WCLR02 | https://www.amazon.com/sp/?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A17URYM6WCLR02 |
| 248 | HASEAN | A18A8C7DSRVJCO | https://www.amazon.com/sp/?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A18A8C7DSRVJCO |
| 249 | JIOGA | A19VFHMUVVCVZ8 | https://www.amazon.com/sp/?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A19VFHMUVVCVZ8 |
| 252 | Changcoudianzi | A1ENVG6EVRDOT7 | https://www.amazon.com/sp/?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1ENVG6EVRDOT7 |
| 254 | QTMFudzi | A1G21SKFEIDNKR | https://www.amazon.com/sp/?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1G21SKFEIDNKR |
| 255 | Taiyuansaijutaidianzishang wuyouxiangongsi | A1HD5Z2LJBV9MP | https://www.amazon.com/sp/?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1HD5Z2LJBV9MP |
| 256 | Zishengqindianzi | A1I29DQ91FALYO | https://www.amazon.com/sp/?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1I29DQ91FALYO |
| 257 | tnnxHze | A1JDI4H1P06Y1X | https://www.amazon.com/sp/?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1JDI4H1P06Y1X |
| 258 | Hanerpudianzi | A1JGDJJVVWX7TQ | https://www.amazon.com/sp/?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1JGDJJVVWX7TQ |
| 259 | GetRichNa | A1JIN4YACK7J5G | https://www.amazon.com/sp/?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1JIN4YACK7J5G |
| 260 | tengfeijjhdsn | A1KRM4JFOGTA2V | https://www.amazon.com/sp/?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1KRM4JFOGTA2V |
| 261 | Lijihua Store | A1M9A442HK7DJ8 | https://www.amazon.ca/sp/?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A1M9A442HK7DJ8 |
| 262 | Panjurojin | A1MAQXPB0BZQ38 | https://www.amazon.com/sp/?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1MAQXPB0BZQ38 |
| 263 | weilinbaihuodian | A1NCKSYP2JNTJS | https://www.amazon.ca/sp/?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A1NCKSYP2JNTJS |
| 264 | Haikouzhengweiyikejiyou xiangongs | A1OAH6RJ7K1XFC | https://www.amazon.ca/sp/?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A1OAH6RJ7K1XFC |
| 265 | fklds | A1R5F57HY7UCTB | https://www.amazon.com/sp/?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1R5F57HY7UCTB |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 267 | Highzhu | A1T50CMBIBUL8C | https://www.amazon.com/sp/_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1T50CMBIBUL8C |
| 268 | caoqiudong8 | A1T612GZVSYEW7 | https://www.amazon.com/sp/_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1T612GZVSYEW7 |
| 271 | BI994 | A1WHFBOV72GFJJ | https://www.amazon.com/sp/_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1WHFBOV72GFJJ |
| 272 | (CXYZM Ô°âÀìÀÂââÊäïËØâ‰∏≠**** | A1XLUYUDPIN2FN | https://www.amazon.com/sp/_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1XLUYUDPIN2FN |
| 273 | meihongD | A1YKS6KQAZKOJ7 | https://www.amazon.com/sp/_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1YKS6KQAZKOJ7, https://www.amazon.ca/sp/_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A1YKS6KQAZKOJ7 |
| 274 | AYuXia | A1YQB8VF0BM026 | https://www.amazon.com/sp/_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1YQB8VF0BM026 |
| 276 | shenzhenshiruiqishiyeyouxiangongsi | A22LWKZ4KP0HU3 | https://www.amazon.com/sp/_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A22LWKZ4KP0HU3 |
| 277 | Changre | A22R1SGEB75LR1 | https://www.amazon.ca/sp/_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A22R1SGEB75LR1 |
| 279 | zhongxiangshilitashangmaoyouxiangongsi | A262AXR0IZSHV9 | https://www.amazon.ca/sp/_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A262AXR0IZSHV9 |
| 281 | Guaiedengdianzi | A29E19C8XVD6QX | https://www.amazon.com/sp/_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A29E19C8XVD6QX |
| 282 | ‰ΩôÊ£î7 | A2AJ43RAMIIT80 | https://www.amazon.com/sp/_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2AJ43RAMIIT80, https://www.amazon.ca/sp/_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A2AJ43RAMIIT80 |
| 284 | PASSION- | A2AWC26F8L4PAJ | https://www.amazon.com/sp/_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2AWC26F8L4PAJ |
| 287 | kaidiwujin | A2CK98E2ZR5GXP | https://www.amazon.com/sp/_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2CK98E2ZR5GXP |
| 289 | Xintiaodianzi | A2FCONHI76JN1W | https://www.amazon.com/sp/_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2FCONHI76JN1W |
| 291 | weiaihui | A2NO5RA33WFUQA | https://www.amazon.com/sp/_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller= |

14

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| | | | A2NO5RA33WFUQA, https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A2NO5RA33WFUQA |
| 292 | yuchanWU | A2O1MQ1GHVR011I | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2O1MQ1GHVR01I |
| 293 | QiluStore | A2OG2U9BG872SD | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A2OG2U9BG872SD |
| 295 | RUxuean1 | A2P60FH992J8QI | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2P60FH992J8QI |
| 296 | Premium department store | A2Q5CTJCHIG4EX | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A2Q5CTJCHIG4EX |
| 299 | zeauslea99 | A2RER0PV51DKIT | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2RER0PV51DKIT |
| 300 | Glorious Future Trade | A2TEGD5GFGW6HU | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2TEGD5GFGW6HU |
| 301 | weifangsiyuewangluokejifuwuyouxiangongsi | A2UVGQDCVVPZ9F | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2UVGQDCVVPZ9F |
| 304 | ManFull Prime Day Discount | A2XZITO8HOU22W | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2XZITO8HOU22W |
| 305 | Chengty | A2ZO7PZNTXON29 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2ZO7PZNTXON29 |
| 309 | BlackMB | A33BTPMM33S0UH | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A33BTPMM33S0UH |
| 310 | Sidingshengshangmao | A33F4VSF9BNKOZ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A33F4VSF9BNKOZ |
| 312 | YouL669 | A376ELYEGPUHRW | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A376ELYEGPUHRW |
| 313 | Misoongo | A37GGUAUJ5SQSA | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A37GGUAUJ5SQSA |
| 314 | YuYIYI | A37I7L8RUJHZ2A | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A37I7L8RUJHZ2A |
| 315 | Taiyuanxiangtianqida | A393PJHHZZ1WUZ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A393PJHHZZ1WUZ |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 316 | taiyuanshixinghualingquqi anduobaihuoshanghang | A3ADULXDZQZE 5F | https://www.amazon.com/sp/?_encoding=UTF8 &marketplaceID=ATVPDKIKX0DER&seller= A3ADULXDZQZE5F |
| 318 | suhongstore | A3CCOK8OAD8I7 K | https://www.amazon.ca/sp/?_encoding=UTF8& marketplaceID=A2EUQ1WTGCTBG2&seller= A3CCOK8OAD8I7K |
| 319 | Taiyuanpuqiruidadianzi | A3CRU9S0IMF1T 8 | https://www.amazon.com/sp/?_encoding=UTF8 &marketplaceID=ATVPDKIKX0DER&seller= A3CRU9S0IMF1T8 |
| 320 | anqingqiudashangmaoyou xiangongsi | A3D2ZW7X4MDT XN | https://www.amazon.com/sp/?_encoding=UTF8 &marketplaceID=ATVPDKIKX0DER&seller= A3D2ZW7X4MDTXN |
| 321 | Comigeewa Official Store | A3E59D3A6665F Y | https://www.amazon.com/sp/?_encoding=UTF8 &marketplaceID=ATVPDKIKX0DER&seller= A3E59D3A6665FY |
| 323 | langtaomaoyishanghang | A3FHHQB36R2LF H | https://www.amazon.com/sp/?_encoding=UTF8 &marketplaceID=ATVPDKIKX0DER&seller= A3FHHQB36R2LFH |
| 325 | Trysain | A3G8TU9M4G6U NI | https://www.amazon.ca/sp/?_encoding=UTF8& marketplaceID=A2EUQ1WTGCTBG2&seller= A3G8TU9M4G6UNI |
| 326 | HCR STORE | A3HNUP7YD9Y4 G6 | https://www.amazon.ca/sp/?_encoding=UTF8& marketplaceID=A2EUQ1WTGCTBG2&seller= A3HNUP7YD9Y4G6 |
| 327 | Double ye | A3IS0KSU3ROSU R | https://www.amazon.com/sp/?_encoding=UTF8 &marketplaceID=ATVPDKIKX0DER&seller= A3IS0KSU3ROSUR |
| 328 | mengchengxianhuitongsha ngmaoyouxiangongsi | A3KAWD04YCU BJ7 | https://www.amazon.com/sp/?_encoding=UTF8 &marketplaceID=ATVPDKIKX0DER&seller= A3KAWD04YCUBJ7 |
| 329 | Pengyikaidianzi | A3LM26SK69EJY N | https://www.amazon.com/sp/?_encoding=UTF8 &marketplaceID=ATVPDKIKX0DER&seller= A3LM26SK69EJYN |
| 330 | ElizabethTinh | A3N65HNRATKP KK | https://www.amazon.com/sp/?_encoding=UTF8 &marketplaceID=ATVPDKIKX0DER&seller= A3N65HNRATKPKK |
| 331 | jessson„ÄêFast Shipping 7-18 Days„Äë | A3NDPAAC0YPF P0 | https://www.amazon.com/sp/?_encoding=UTF8 &marketplaceID=ATVPDKIKX0DER&seller= A3NDPAAC0YPFP0 |
| 333 | Select Trading Co. Ltd. | A3RO814M4QVN Y | https://www.amazon.com/sp/?_encoding=UTF8 &marketplaceID=ATVPDKIKX0DER&seller= A3RO814M4QVNY |
| 335 | Vippuin | AB90O2ZTHOR28 | https://www.amazon.com/sp/?_encoding=UTF8 &marketplaceID=ATVPDKIKX0DER&seller= AB90O2ZTHOR28 |
| 338 | Beliverun | ADLW0HVZEXH TM | https://www.amazon.com/sp/?_encoding=UTF8 &marketplaceID=ATVPDKIKX0DER&seller= ADLW0HVZEXHTM |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 339 | MTXIUS | AIP5X38S9ZZ76 | https://www.amazon.com/sp/?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AIP5X38S9ZZ76 |
| 342 | Mnznuysd | ALF9RE3MGQ504 | https://www.amazon.com/sp/?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ALF9RE3MGQ504, https://www.amazon.ca/sp/?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=ALF9RE3MGQ504 |
| 346 | Fuxinruisi | ASAJVMIJXIQ5P | https://www.amazon.com/sp/?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ASAJVMIJXIQ5P |
| 351 | IKUNH | AWAMO52Z4S0UQ | https://www.amazon.ca/sp/?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=AWAMO52Z4S0UQ |
| 352 | SUUMOOEW | AX0B87DV5YLB6 | https://www.amazon.com/sp/?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AX0B87DV5YLB6 |
| 353 | AOZRYNL | AXPHSWSP10F02 | https://www.amazon.com/sp/?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AXPHSWSP10F02 |
| 354 | Èù®Á£äÀöÑÅ]ó | AYBEZ76L30WX7 | https://www.amazon.ca/sp/?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=AYBEZ76L30WX7 |
| 358 | Yuansunvh | 21631028 | https://www.dhgate.com/store/21631028 |
| 359 | baseusmall | 21634372 | https://www.dhgate.com/store/21634372 |
| 360 | kxingshop | 21634683 | https://www.dhgate.com/store/21634683 |
| 363 | Joejohnson | 21635541 | https://www.dhgate.com/store/21635541 |
| 364 | yifantech2021 Store | 21636113 | https://www.dhgate.com/store/21636113 |
| 365 | kangsitech Store | 21748656 | https://www.dhgate.com/store/21748656 |
| 366 | youyig8 Store | 21751211 | https://www.dhgate.com/store/21751211 |
| 367 | ooow Store | 21800533 | https://www.dhgate.com/store/21800533 |
| 368 | e3zg Store | 21800548 | https://www.dhgate.com/store/21800548 |
| 369 | rbur Store | 21800862 | https://www.dhgate.com/store/21800862 |
| 370 | otke Store | 21800863 | https://www.dhgate.com/store/21800863 |
| 371 | ubwo Store | 21800981 | https://www.dhgate.com/store/21800981 |
| 372 | rcum Store | 21800983 | https://www.dhgate.com/store/21800983 |
| 373 | elnl Store | 21800984 | https://www.dhgate.com/store/21800984 |
| 374 | tozg Store | 21800985 | https://www.dhgate.com/store/21800985 |
| 375 | s29x Store | 21800988 | https://www.dhgate.com/store/21800988 |
| 376 | zubv | 21800989 | https://www.dhgate.com/store/21800989 |
| 377 | b1zi Store | 21800992 | https://www.dhgate.com/store/21800992 |
| 378 | fuje Store | 21800993 | https://www.dhgate.com/store/21800993 |
| 379 | jitc Store | 21800995 | https://www.dhgate.com/store/21800995 |
| 380 | nsc7 Store | 21801001 | https://www.dhgate.com/store/21801001 |
| 381 | jumf Store | 21801002 | https://www.dhgate.com/store/21801002 |
| 382 | nokg Store | 21801003 | https://www.dhgate.com/store/21801003 |
| 383 | delightfully Store | 21810788 | https://www.dhgate.com/store/21810788 |
| 386 | agileness | agileness | https://www.ebay.com/usr/agileness |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 387 | bakisuar0 | bakisuar0 | https://www.ebay.com/usr/bakisuar0 |
| 390 | be.cifbuy | be.cifbuy | https://www.ebay.com/usr/be.cifbuy |
| 391 | bingoo888 | bingoo888 | https://www.ebay.ca/usr/bingoo888 |
| 393 | booo-fashion | booo-fashion | https://www.ebay.com/usr/booo-fashion |
| 397 | cheaper_highquality | cheaper_highquality | https://www.ebay.com/usr/cheaper_highquality |
| 398 | damon1330 | damon1330 | https://www.ebay.com/usr/damon1330 |
| 400 | dilshanayanamadh-0 | dilshanayanamadh | https://www.ebay.co.uk/usr/dilshanayanamadh |
| 401 | dkuijiexiwl | dkuijiexiwl | https://www.ebay.com/usr/dkuijiexiwl |
| 403 | dronefly5g | dronefly5g | https://www.ebay.com/usr/dronefly5g |
| 404 | eco-sim | eco-sim | https://www.ebay.com/usr/eco-sim |
| 405 | elsa1682 | elsa1682 | https://www.ebay.com/usr/elsa1682 |
| 407 | epsilon668 | epsilon668 | https://www.ebay.com/usr/epsilon668 |
| 410 | fenoza | fenoza | https://www.ebay.com/usr/fenoza |
| 417 | gogogo4251 | gogogo4251 | https://www.ebay.com/usr/gogogo4251 |
| 418 | gooseason | gooseason | https://www.ebay.com/usr/gooseason |
| 420 | guixiansen13 | guixiansen13 | https://www.ebay.com/usr/guixiansen13 |
| 424 | hotoysdeals | hotoysdeals | https://www.ebay.com/usr/hotoysdeals |
| 428 | jasmine056 | jasmine056 | https://www.ebay.com/usr/jasmine056 |
| 431 | kongfanxin | kongfanxin | https://www.ebay.com/usr/kongfanxin |
| 434 | lydia288 | lydia288 | https://www.ebay.ca/usr/lydia288 |
| 435 | lyon5324 | lyon5324 | https://www.ebay.com/usr/lyon5324 |
| 436 | malahee66 | malahee66 | https://www.ebay.com/usr/malahee66 |
| 439 | natasha1952 | natasha1952 | https://www.ebay.com/usr/natasha1952 |
| 440 | ngljy-15 | ngljy-15 | https://www.ebay.com/usr/ngljy-15 |
| 443 | panpan8wangluo2017 | panpan8wangluo2017 | https://www.ebay.com/usr/panpan8wangluo2017 |
| 445 | partsell2016 | partsell2016 | https://www.ebay.com/usr/partsell2016 |
| 446 | peppa2018 | peppa2018 | https://www.ebay.com/usr/peppa2018 |
| 447 | pushtrade7 | pushtrade7 | https://www.ebay.com/usr/pushtrade7 |
| 448 | rajasat-0 | rajasat-0 | https://www.ebay.com/usr/rajasat-0 |
| 449 | roseflower2020 | roseflower2020 | https://www.ebay.com/usr/roseflower2020 |
| 451 | sanarad0 | sanarad0 | https://www.ebay.com/usr/sanarad0 |
| 452 | seems_allgood | seems_allgood | https://www.ebay.com/usr/seems_allgood |
| 453 | sellmall | sellmall | https://www.ebay.com/usr/sellmall |
| 455 | sg.cifbuy | sg.cifbuy | https://www.ebay.com/usr/sg.cifbuy |
| 456 | silver1655 | silver1655 | https://www.ebay.com/usr/silver1655 |
| 459 | superfinds2017 | superfinds2017 | https://www.ebay.com/usr/superfinds2017 |
| 465 | tira_online_market | tira_online_market | https://www.ebay.com/usr/tira_online_market |
| 466 | tmoo66 | tmoo66 | https://www.ebay.com/usr/tmoo66 |
| 467 | topspeed16 | topspeed16 | https://www.ebay.com/usr/topspeed16 |
| 468 | upstatea | upstatea | https://www.ebay.co.uk/usr/upstatea |
| 469 | usa.factory | usa.factory | https://www.ebay.com/usr/usa.factory |
| 475 | yepst-1 | yepst-1 | https://www.ebay.com/usr/yepst-1 |
| 478 | zezzobrand | zezzobrand | https://www.ebay.com/usr/zezzobrand |
| 479 | MJD HDeco | 60fe87582616e33a7b4c3bfa | https://www.joom.com/en/stores/60fe87582616e33a7b4c3bfa |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 483 | Yifu | 101133077 | https://www.walmart.com/reviews/seller/101133077 |
| 492 | xiangyangxiangchengshangmaoyouxiangongsi | 101273266 | https://www.walmart.com/reviews/seller/101273266 |
| 493 | Zoe Home Store | 101295788 | https://www.walmart.com/reviews/seller/101295788 |
| 494 | Pero pio | 101043405 | https://www.walmart.com/reviews/seller/101043405 |
| 497 | Lucky home | 101044613 | https://www.walmart.com/reviews/seller/101044613 |
| 499 | Beauty Home life | 101044644 | https://www.walmart.com/reviews/seller/101044644 |
| 504 | Shanghai Pangheng Dianzishangwu Youxiangongsi | 101084659 | https://www.walmart.com/reviews/seller/101084659 |
| 505 | Bergwerk | 101085061 | https://www.walmart.com/reviews/seller/101085061 |
| 506 | WuhanHuixinhengtongMaoyiYouxiangongsi | 101085404 | https://www.walmart.com/reviews/seller/101085404 |
| 507 | GuangzhouYinghaomaoyi Youxiangongsi | 101085475 | https://www.walmart.com/reviews/seller/101085475 |
| 509 | guangzhouhuijikejiyouxiangongsi | 101087804 | https://www.walmart.com/reviews/seller/101087804 |
| 510 | guangzhou fengyadianzishangwuyouxiangongsi | 101088371 | https://www.walmart.com/reviews/seller/101088371 |
| 511 | Shenzhenshixishenglunmaoyiyouxiangongsi | 101088657 | https://www.walmart.com/reviews/seller/101088657 |
| 512 | Sunshine store Line | 101093376 | https://www.walmart.com/reviews/seller/101093376 |
| 513 | ShenZhenYinMingDianZi ShangWuYouXianGongSi | 101094691 | https://www.walmart.com/reviews/seller/101094691 |
| 514 | Wannabuy | 101095342 | https://www.walmart.com/reviews/seller/101095342 |
| 515 | shenzhenshiliangfurongmaoyiyouxiangongsi | 101096259 | https://www.walmart.com/reviews/seller/101096259 |
| 516 | Shanghaidianxindianzishangwuyouxiagongsi | 101096870 | https://www.walmart.com/reviews/seller/101096870 |
| 524 | TOTOKA | 101120493 | https://www.walmart.com/reviews/seller/101120493 |
| 525 | shenzhenshizhiougudianzishangwuyouxiangongsi | 101126163 | https://www.walmart.com/reviews/seller/101126163 |
| 531 | Kidstorehours | 101129006 | https://www.walmart.com/reviews/seller/101129006 |
| 534 | Shenzhenshihuilixingdianzishangwuyouxiangongsi | 101130172 | https://www.walmart.com/reviews/seller/101130172 |
| 535 | Shenzhenshixinmaoranmaoyiyouxiangongsi | 101130364 | https://www.walmart.com/reviews/seller/101130364 |

19

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 536 | Shenzhen shi wei ling ke ji you xian gong si | 101130708 | https://www.walmart.com/reviews/seller/101130708 |
| 537 | shenzhenshiyijiejiawanjuyouxiangongsi | 101130748 | https://www.walmart.com/reviews/seller/101130748 |
| 538 | shenzhenshixiangmiliwanjuyouxiangongsi | 101130752 | https://www.walmart.com/reviews/seller/101130752 |
| 539 | shenzhenshixingtianjishuyouxiangongsi | 101131099 | https://www.walmart.com/reviews/seller/101131099 |
| 540 | Tsheng | 101132884 | https://www.walmart.com/reviews/seller/101132884 |
| 542 | Mylobeth | 101133546 | https://www.walmart.com/reviews/seller/101133546 |
| 543 | HinBest | 101135032 | https://www.walmart.com/reviews/seller/101135032 |
| 545 | shenzhenshihailihuidianzishangwuyouxiangongsi | 101137487 | https://www.walmart.com/reviews/seller/101137487 |
| 546 | swiftly | 101138026 | https://www.walmart.com/reviews/seller/101138026 |
| 547 | winnew | 101138237 | https://www.walmart.com/reviews/seller/101138237 |
| 548 | WUDIWang | 101138974 | https://www.walmart.com/reviews/seller/101138974 |
| 549 | Lynn | 101173302 | https://www.walmart.com/reviews/seller/101173302 |
| 550 | Changningshijiruiwangluokejiyouxiangongsi | 101173599 | https://www.walmart.com/reviews/seller/101173599 |
| 551 | Shenzhenshi Keruiheng MaoyiYouxiangongsi | 101174973 | https://www.walmart.com/reviews/seller/101174973 |
| 552 | ShenZhenShiMeiPengLiWangLuoKeJiYouXianGongSi | 101175174 | https://www.walmart.com/reviews/seller/101175174 |
| 556 | Wuhan Xinshidudianzishangwu Youxiangongsi | 101176954 | https://www.walmart.com/reviews/seller/101176954 |
| 558 | Wuhan Hengmomaoyi Youxiangongsi | 101178805 | https://www.walmart.com/reviews/seller/101178805 |
| 560 | Shenzhenshi Yongzhiliumaoyi Youxiangongsi | 101198331 | https://www.walmart.com/reviews/seller/101198331 |
| 567 | fanfan5156 | 5a5f00a85349203e75bda2f9 | https://www.wish.com/merchant/5a5f00a85349203e75bda2f9 |
| 570 | Lthj | 5dcb7ae2a34fc205766a01a1 | https://www.wish.com/merchant/5dcb7ae2a34fc205766a01a1 |
| 571 | FierSt Pinger | 5de1d2a0555a1930809b3c95 | https://www.wish.com/merchant/5de1d2a0555a1930809b3c95 |
| 575 | Mamba Never Out | 5fa0faae8cf8078030f58039 | https://www.wish.com/merchant/5fa0faae8cf8078030f58039 |
| 576 | guanqiwen54643 | 616531817e55a9ec38b22317 | https://www.wish.com/merchant/616531817e55a9ec38b22317 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 578 | liwenqi2134 | 61dbd47e5768f4b9288c68e5 | https://www.wish.com/merchant/61dbd47e5768f4b9288c68e5 |
| 590 | Shenzhen Yihang Technology Co., LTD | seller2-18988 | https://www.walmart.com/reviews/seller/18988 |
| 608 | Shenzhen Kaixu Home Textiles Co., LTD | seller1-16214 | https://www.walmart.com/reviews/seller/16214 |