IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

| | |
|---|---|
| BAZIUK HOLDINGS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A", <br><br> Defendants. | No. 23-cv-2583 <br><br> Judge Thomas M. Durkin <br> Magistrate Judge Maria Valdez |

### PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND FINAL DEFAULT JUDGMENT AGAINST CERTAIN DEFENDANTS

Plaintiff Baziuk Holdings, Ltd. respectfully moves this Honorable Court for entry of an order of Default and Final Default Judgment against the Defendants identified in Schedule A attached hereto. Plaintiff has concurrently filed a Memorandum of Law in support of this motion.

Dated: October 27, 2023

Baziuk Holdings, Ltd.,

By: /s/ James E. Judge
Attorney for Plaintiff

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Flener IP & Business Law
77 W. Washington St., Suite 800
Chicago IL 60602
(312) 724-8874
jjudge@fleneriplaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2023, I filed the foregoing Motion and its supporting Memorandum with the Clerk of the Court using the CM/ECF system and that all parties who have appeared were served by that system. I will send electronic copies of the foregoing to the e-mail addresses provided by third parties for the instant Defaulting Defendant and provide a link to those documents for Defendant's use.

/s/ William Eskridge
Paralegal